**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| MICHAEL LOCKWOOD, | CASE NO. 19-52200-LSG |
| TAYLOR LOCKWOOD | JUDGE LISA S GRETCHKO |
| DEBTORS | |
| _____/ | |

## ORDER DISMISSING CASE AS TO DEBTOR, MICHAEL LOCKWOOD, ONLY AND RESOLVING THE MOTION TO DISMISS AS TO TAYLOR LOCKWOOD AND CANCELLING HEARINGS PREVIOUSLY SCHEDULED FOR JUNE 7, 2022 AND JUNE 21, 2022

This matter came before the Court upon the Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1307 ("Motion to Dismiss"; ECF No. 102) . Required parties were served with the Motion to Dismiss and with notice of the deadline for objections thereto. Debtor Taylor Lockwood timely filed a Response to the Motion to Dismiss ("Response"; No. 103) and a June 21, 2022 hearing thereon has been scheduled by the Court. Michael Lockwood failed to file a response to the Motion to Dismiss. The parties have resolved the matter and have filed a Stipulation ("Stipulation"; ECF No. 106) among the Trustee, counsel for Michael Lockwood, and counsel for Taylor Lockwood consenting to the terms of the Order. The Court has reviewed the Motion, the Response, the Stipulation and other pertinent pleadings, and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this Chapter 13 case is dismissed as to Debtor, Michael Lockwood only.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide notice of the entry of this order to all creditors listed in this case, the Debtors, Debtors' attorneys, and the Trustee.

IT IS FURTHER ORDERED that the Trustee shall file Objections to Proof of Claims on the following Claims in the name of Michael Lockwood only:

| Creditor | Pacer Claim No. | File Date |
| --- | --- | --- |
| Capital One Auto Finance | 1-1 | 9/4/2019 |
| Capital One Bank | 3-1 | 9/10/2019 |
| Capital One Bank | 4-1 | 9/10/2019 |
| Jefferson Capital Systems, LLC | 7-1 | 9/26/2019 |
| Jefferson Capital Systems, LLC | 8-1 | 9/26/2019 |
| Quantum3 Group, LLC | 10-1 | 10/15/2019 |
| Quantum3 Group, LLC | 12-1 | 10/24/2019 |
| Quantum3 Group, LLC | 13-1 | 10/24/2019 |
| Michigan Dept. of Treasury | 21-1 | 1/29/2020 |

IT IS FURTHER ORDERED that Debtor Taylor Lockwood shall file a Plan Modification and Amended Schedules I/J with 30 days of the entry of this order.

It Is Further Ordered that the June 7, 2022 adjourned hearing on Taylor Lockwood's Motion to Sever (ECF No. 90) and the June 21, 2022 hearing on the Trustee's Motion to Dismiss (ECF No. 102) are cancelled.

**Signed on June 1, 2022**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge